IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR SCOTT,

    Petitioner,

v.                                        CASE NO. 5:12-cv-278-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## **ORDER**

    This matter is before the Court on Doc. 11, Petitioners' "Supplemented Petition." Petitioner previously sought permission to file an amended § 2254 petition so that he can clarify certain facts that may have been confusing in the original petition and add important facts that he omitted from the original petition. (Doc. 9.) Petitioner did not attach a proposed amended petition and did not advise the Court as to the specific nature of the facts he would like to add and clarify. Leave to amend was denied and Petitioner was advised that he could file a motion to supplement, and should attach to any such a motion the proposed supplement identifying the clarified and accidentally omitted facts. (Doc. 10.)

    Rather than comply with the Court's previous instructions, Petitioner filed a new § 2254 petition and did not include a motion to supplement. The Court has compared the original petition (Doc. 1) and the "Supplemented Petition" (Doc. 11) and there appear to be several minor factual differences. If Petitioner would like to supplement his original petition, he is once again advised that he must file a motion to supplement.

He should attach to the motion the proposed supplement identifying the clarified and accidentally omitted facts.  **Petitioner should <u>not</u> attach an entirely new petition, but should instead submit a statement of <u>only</u> the proposed facts he wishes to add to his original petition.**  Any supplement that is not accompanied by a motion for leave to supplement or otherwise in compliance with this Order will be summarily stricken from the record.

Upon due consideration, it is **ORDERED:**

The "Supplemented Petition," Doc. 11, is **STRICKEN** from the record, without prejudice to Petitioner to file a motion for leave to supplement and a concise summary of the facts he wishes to add to this original petition.

**DONE AND ORDERED** this 5th day of February 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge