IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR M SCOTT,

    Petitioner,

v.          CASE NO. 5:12-cv-00278-MP-GRJ

KENNETH S TUCKER,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 15, 2015. (Doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 34. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Doc. 1, the Petition for Writ of Habeas Corpus filed by Victor M. Scott is DENIED and a certificate of appealability is DENIED.

**DONE AND ORDERED** this   *26th* day of August, 2015

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge